UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRACEY JACKSON, | ) |
|                 Plaintiff, | ) |
|                 v. | ) No. 1:24-cv-00954-TWP-KMB |
| IVY TECH COMMUNITY COLLEGE OF INDIANA, | ) |
|                 Defendant. | ) |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**

The Parties, by counsel, appeared for a Telephonic Status Conference on January 8, 2025, with Magistrate Judge Kellie M. Barr. The Court and counsel discussed discovery progress and overall case status. The Court and counsel also discussed the proper timing of a settlement conference, which will be scheduled by separate order.

**SO ORDERED**.

Date: 1/8/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Amber K. Boyd
Amber K. Boyd Law
amber@amberboydlaw.com

Tami A. Earnhart
ICE MILLER LLP (Indianapolis)
tami.earnhart@icemiller.com

Phillip J. Jones
Ice Miller LLP
Phillip.Jones@icemiller.com

Lauren M. Thompson
Amber K. Boyd Law
lauren@amberboydlaw.com