# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TRACEY JACKSON, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-00954-TWP-KMB |
| IVY TECH COMMUNITY COLLEGE, | |
| Defendant. | |

**NOTICE OF DEPOSITION**

To:  Tracey Jackson
c/o Amber Boyd
8510 Evergreen Avenue
Indianapolis, IN 46240

Please take notice that Defendant, Ivy Tech Community College, will take the video deposition of Tracey Jackson, upon oral examination before a Notary Public or some other officer authorized by law to administer oaths, and a videographer, at 9:00 a.m. ET on Tuesday, January 14, 2025, at the offices of Ice Miller LLP, One American Square, Suite 2900, Indianapolis, Indiana 46282. The oral examination will continue until completed.

4854-5370-6645.1

Respectfully submitted,

ICE MILLER LLP

*/s/ Phillip J. Jones*
Tami A. Earnhart, Attorney No. 21610-49
Phillip J. Jones, Attorney No. 36859-53
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Tami.Earnhart@icemiller.com
Phillip.Jones@icemiller.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, a copy of the foregoing was served on Plaintiff via electronic mail, as follows:

Amber K. Boyd
AMBER BOYD LAW
8510 Evergreen Avenue
Indianapolis, IN 46240
Phone: 317-960-5070
amber@amberboydlaw.com

                                                */s/ Phillip J. Jones*
                                                Phillip J. Jones, Attorney No. 36859-53

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Tami.Earnhart@icemiller.com
Phillip.Jones@icemiller.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **TRACEY JACKSON** )<br>  Plaintiff, )<br> )<br>  vs. )<br> )<br>**IVY TECH COMMUNITY COLLEGE** )<br>**OF INDIANA** )<br>  Defendant ) | CASE NO. 1:24-cv-00954-TWP-KMB |

**NOTICE OF DEPOSITION**

To: *Stacy Atkinson*

c/o: Phillip Jones
Phillip.Jones@icemiller.com

Tami Earnhart
Tami.Earnhart@icemiller.com

Please take notice that Plaintiff, Tracey Jackson, by counsel, will take the deposition of *Stacy Atkinson* commencing at **10:00 am EST**, on **January 30th, 2025** and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are hereby notified to appear and take such part in said examination as you may be advised and as shall be fit and proper. The deposition will be via Zoom and will be recorded stenographically.

        Amber K. Boyd Attorney at Law
        By   /s/ *Amber K. Boyd*
           Amber K. Boyd (#32135-49)
           Attorneys for Plaintiff

Amber K. Boyd
8510 Evergreen Ave.
Indianapolis, IN 46240
amber@amberboydlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

Service of the foregoing was made by emailing a copy of the same this December 10th, 2024, addressed to:

Phillip Jones
Phillip.Jones@icemiller.com

Tami Earnhart
Tami.Earnhart@icemiller.com

                                        */ s / Amber K. Boyd*
                                        Amber K. Boyd

Amber K. Boyd
8510 Evergreen Avenue
Indianapolis, IN 46240
amber@amberboydlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **TRACEY JACKSON** </br>     **Plaintiff,** | ) </br> ) </br> ) |
|      **vs.** | ) CASE NO. 1:24-cv-00954-TWP-KMB </br> ) |
| **IVY TECH COMMUNITY COLLEGE** </br> **OF INDIANA** </br>     **Defendant** | ) </br> ) </br> ) |

### NOTICE OF DEPOSITION

To:   *Michael McNichols*

c/o:  Phillip Jones
      Phillip.Jones@icemiller.com

      Tami Earnhart
      Tami.Earnhart@icemiller.com

Please take notice that Plaintiff, Tracey Jackson, by counsel, will take the deposition of *Michael McNichols* commencing at **2:00 pm EST**, on **January 30th, 2025** and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are hereby notified to appear and take such part in said examination as you may be advised and as shall be fit and proper. The deposition will be via Zoom and will be recorded stenographically.

                              Amber K. Boyd Attorney at Law
                              By____/s/ *Amber K. Boyd*_____
                                   Amber K. Boyd  (#32135-49)
                                   Attorneys for Plaintiff

Amber K. Boyd
8510 Evergreen Ave.
Indianapolis, IN  46240
amber@amberboydlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

Service of the foregoing was made by emailing a copy of the same this December 10th, 2024, addressed to:

Phillip Jones
Phillip.Jones@icemiller.com

Tami Earnhart
Tami.Earnhart@icemiller.com

                                              */ s / Amber K. Boyd*
                                              Amber K. Boyd

Amber K. Boyd
8510 Evergreen Avenue
Indianapolis, IN 46240
amber@amberboydlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRACEY JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IVY TECH COMMUNITY COLLEGE,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00954-TWP-KMB |

**NOTICE OF DEPOSITION**

To:　Tracey Jackson
　　　c/o Amber Boyd
　　　8510 Evergreen Avenue
　　　Indianapolis, IN 46240

　　　Please take notice that Defendant, Ivy Tech Community College, will take the video deposition of Tracey Jackson, upon oral examination before a Notary Public or some other officer authorized by law to administer oaths, and a videographer, at 9:00 a.m. ET on Tuesday, March 18, 2025, at the offices of Ice Miller LLP, One American Square, Suite 2900, Indianapolis, Indiana 46282. The oral examination will continue until completed.

4854-5370-6645.1

Respectfully submitted,

ICE MILLER LLP

*/s/ Phillip J. Jones*
Tami A. Earnhart, Attorney No. 21610-49
Phillip J. Jones, Attorney No. 36859-53
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Tami.Earnhart@icemiller.com
Phillip.Jones@icemiller.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, a copy of the foregoing was served on Plaintiff via electronic mail, as follows:

Amber K. Boyd<br>
AMBER BOYD LAW<br>
8510 Evergreen Avenue<br>
Indianapolis, IN 46240<br>
Phone: 317-960-5070<br>
amber@amberboydlaw.com

                                          */s/ Phillip J. Jones*
                                          Phillip J. Jones, Attorney No. 36859-53

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Tami.Earnhart@icemiller.com
Phillip.Jones@icemiller.com

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TRACEY JACKSON** | ) |
|     **Plaintiff,** | ) |
| | ) |
|     vs. | ) CASE NO. 1:24-cv-00954-TWP-KMB |
| | ) |
| **IVY TECH COMMUNITY COLLEGE** | ) |
| **OF INDIANA** | ) |
|     **Defendant** | ) |

**NOTICE OF DEPOSITION**

To:    *Stacy Atkinson*

c/o:    Phillip Jones
        Phillip.Jones@icemiller.com

        Tami Earnhart
        Tami.Earnhart@icemiller.com

     Please take notice that Plaintiff, Tracey Jackson, by counsel, will take the deposition of *Stacy Atkinson* commencing at **10:00 am EST**, on **March 18th, 2025** and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are hereby notified to appear and take such part in said examination as you may be advised and as shall be fit and proper. The deposition will be via Zoom and will be recorded stenographically.

                                          Amber K. Boyd Attorney at Law
                                          By    /s/ *Amber K. Boyd*
                                                   Amber K. Boyd (#32135-49)
                                                   Attorneys for Plaintiff

Amber K. Boyd
8510 Evergreen Ave.
Indianapolis, IN 46240
amber@amberboydlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

Service of the foregoing was made by emailing a copy of the same this January 23rd, 2024, addressed to:

Phillip Jones
Phillip.Jones@icemiller.com

Tami Earnhart
Tami.Earnhart@icemiller.com

                                                     */ s / Amber K. Boyd*
                                                     Amber K. Boyd

Amber K. Boyd
8510 Evergreen Avenue
Indianapolis, IN 46240
amber@amberboydlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRACEY JACKSON,<br><br>      Plaintiff,<br><br>v.<br><br>IVY TECH COMMUNITY COLLEGE,<br><br>      Defendant. | Case No. 1:24-cv-00954-TWP-KMB |

**NOTICE OF DEPOSITION**

To:    Tracey Jackson
        c/o Amber Boyd
        8506 Evergreen Avenue
        Indianapolis, IN 46240

    Please take notice that Defendant, Ivy Tech Community College, will take the video deposition of Tracey Jackson, upon oral examination before a Notary Public or some other officer authorized by law to administer oaths, and a videographer, at 9:00 a.m. ET on Thursday, April 17, 2025, at the offices of Ice Miller LLP, One American Square, Suite 2900, Indianapolis, Indiana 46282. The oral examination will continue until completed.

4854-5370-6645.1

Respectfully submitted,

ICE MILLER LLP

*/s/ Phillip J. Jones*
Tami A. Earnhart, Attorney No. 21610-49
Phillip J. Jones, Attorney No. 36859-53
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Tami.Earnhart@icemiller.com
Phillip.Jones@icemiller.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2025, a copy of the foregoing was served on Plaintiff via electronic mail, as follows:

Amber K. Boyd
AMBER BOYD LAW
8506 Evergreen Avenue
Indianapolis, IN 46240
Phone: 317-960-5070
amber@amberboydlaw.com

                                          */s/ Phillip J. Jones*
                                          Phillip J. Jones, Attorney No. 36859-53

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Tami.Earnhart@icemiller.com
Phillip.Jones@icemiller.com

*Counsel for Defendant*

3

4854-5370-6645.1