UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRACEY JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00954-TWP-KMB |
| | ) |
| IVY TECH COMMUNITY COLLEGE OF INDIANA, | ) |
| | ) |
| Defendant. | ) |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

This case is currently set for an in-person Settlement Conference before the undersigned on April 8, 2025. [Dkt. 23.] On March 25, 2025, the Defendant filed a Motion to Vacate the Settlement Conference. [Dkt. 25.] Plaintiff objects to the Motion. [*Id.*] The Court notes that Defendant's request to vacate the Settlement Conference was filed less than twenty-one days before the Settlement Conference, which is a deadline set in the scheduling order. [Dkt. 23.] As such, the Court set an Emergency Telephonic Status Conference to discuss the pending Motion. [Dkt. 26.]

The Parties, by counsel, appeared for the Emergency Telephonic Status Conference on March 27, 2025, with Magistrate Judge Kellie M. Barr. The Court heard argument from each Party on the substance of Defendant's Motion to Vacate. After hearing that argument, the Court **GRANTED** Defendant's Motion to Vacate, [dkt. 25], such that the Settlement Conference currently scheduled for April 8, 2025, is hereby **VACATED**. The Court granted the motion over Plaintiff's objection because the Court agrees with the Defendant that the currently scheduled Settlement Conference is unlikely to be productive since Plaintiff's medical records have not yet been produced and Plaintiff has not yet been deposed. The Court disagrees with Defendant,

however, that rescheduling the settlement conference to another date closer to the dispositive motions deadline would not be productive based on the information known to the Court at this time. Counsel for the Defendant stated that he may have additional information regarding why he does not believe a settlement conference in this case would be productive that it could share with the Court confidentially at the appropriate time. The undersigned reiterated that only communications about settlement may be made ex parte by emailing the information to the undersigned's chambers at JudgeBarrChambers@insd.uscourts.gov. The undersigned also indicated, however, that until Plaintiff is deposed, any analysis about whether a settlement conference in this case would be productive seems premature.

At this time, it appears that counsel disagree about whether deadline extensions in the case would be appropriate. The Court **ORDERED** counsel to meet and confer regarding the case management plan deadlines and file a joint motion, if appropriate, or a unilateral motion if the Parties do not agree. Any such deadline-related motion shall be filed promptly for the Court's consideration.

This case is set for a Telephonic Status Conference on **May 7, 2025, at 11:30 a.m. (Eastern),** before United States Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 3/27/2025

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email