UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRACEY JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00954-TWP-KMB |
| ) | |
| IVY TECH COMMUNITY COLLEGE OF ) | |
| INDIANA, ) | |
| ) | |
| Defendant. ) | |

**ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE**

The Parties, by counsel, appeared for a Telephonic Status Conference on June 6, 2025, with Magistrate Judge Kellie M. Barr. The Court and counsel discussed discovery progress and overall case status. The Court also inquired about the proper timing of a settlement conference, since a previously scheduled one was vacated per Defendant's request. Counsel reported that they do not believe based on the current case status that a settlement conference ahead of the dispositive motions deadline would be productive. Counsel recognizes, however, that fact discovery has not yet closed and that some key depositions are still to occur, such that counsel's assessment of the proper timing of a settlement conference could change.

The Court **ORDERS** counsel to separately email the undersigned at JudgeBarrChambers@insd.uscourts.gov **no later than July 11, 2025**, stating when they believe it would be productive for the Court to hold a settlement conference or for them to engage in private mediation. Counsel may convey to the undersigned any appropriate information regarding settlement potential or consideration that will help the undersigned assess the potential timing of a settlement conference, if any.

**SO ORDERED.**

Date: 6/9/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email